IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Albert Ian Schweitzer and Shawn Schweitzer | ) | Case. No. 25-00025 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO |
| | ) | Israa Alzamli |
| vs. | ) | |
| County of Hawi'i, et al. | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Israa Alzamli to Appear Pro Hac Vice.

| Name of Attorney: | Israa Alzamli |
|---|---|
| Firm Name: | LOEVY & LOEVY |
| Firm Address: | 311 N Aberdeen St, 3rd Floor<br>Chicago, IL 60607 |
| Attorney CM/ECF Primary email address: | israa@loevy.com |
| Firm Telephone: | (312) 243-5900 |
| Party Represented | Plaintiffs Albert Ian Schweitzer and Shawn Schweitzer |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 23, 2025.



Rom A. Trader
United States Magistrate Judge