RENEE N.C. SCHOEN          5936
Corporation Counsel

DEMETRI G. LAMETTI          10643
Deputy Corporation Counsel
LERISA L. HEROLDT          7519
Deputy Corporation Counsel Section Chief
County of Hawaiʻi
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi   96720
Tel. No. (808) 961-8251
Fax No. (808) 961-8622
E-mail: demetri.lametti@hawaiicounty.gov

Attorneys for Defendants
COUNTY OF HAWAI`I; DET. STEVEN GUILLERMO,
DET. PAUL FERREIRA, LT. FRANCIS RODILLAS,
CAPT. RAYMOND SIMAO, INV. WILLIAM PERREIRA,
POLICE CHIEF BENJAMIN T. MOSZKOWICZ,
DEPUTY POLICE CHIEF REED K. MAHUNA'S

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALBERT IAN SCHWEITZER and SHAWN SCHWEITZER, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF HAWAI`I; DET. STEVEN GUILLERMO, DET. PAUL FERREIRA, LT. FRANCIS RODILLAS, CAPT. RAYMOND SIMAO, INV. WILLIAM PERREIRA, POLICE CHIEF BENJAMIN T. MOSZKOWICZ, DEPUTY POLICE CHIEF REED K. MAHUNA, <br><br> Defendants. | CASE NO. 1:25-cv-00025-DKW-RT <br><br> COUNTY OF HAWAI`I; DET. STEVEN GUILLERMO, DET. PAUL FERREIRA, LT. FRANCIS RODILLAS, CAPT. RAYMOND SIMAO, INV. WILLIAM PERREIRA, POLICE CHIEF BENJAMIN T. MOSZKOWICZ, DEPUTY POLICE CHIEF REED K. MAHUNA'S **MOTION TO DISMISS COMPLAINT [ECF #1]**; <br><br> *(caption continues to next page)* |

MEMORANDUM IN SUPPORT
OF MOTION; DECLARATION
OF DEMETRI G. LAMETTI;
EXHIBITS "A" - "C";
CERTIFICATE OF
COMPLIANCE; CERTIFICATE
OF SERVICE

Hearing Date:

No trial date set

**COUNTY OF HAWAI`I; DET. STEVEN GUILLERMO, DET. PAUL FERREIRA, LT. FRANCIS RODILLAS, CAPT. RAYMOND SIMAO, INV. WILLIAM PERREIRA, POLICE CHIEF BENJAMIN T. MOSZKOWICZ, DEPUTY POLICE CHIEF REED K. MAHUNA'S MOTION TO DISMISS COMPLAINT [ECF #1]**

Defendants, COUNTY OF HAWAI`I ("County"); DET. STEVEN GUILLERMO, DET. PAUL FERREIRA, LT. FRANCIS RODILLAS, CAPT. RAYMOND SIMAO, INV. WILLIAM PERREIRA, POLICE CHIEF BENJAMIN T. MOSZKOWICZ, DEPUTY POLICE CHIEF REED K. MAHUNA (collectively "Defendants"), by and through their attorney, hereby move this Honorable Court for an order dismissing all claims against County and the  raised by ALBERT IAN SCHWEITZER ("Ian") and SHAWN SCHWEITZER ("Shawn," and collectively with Ian, "Plaintiffs"), with prejudice. Dismissal is proper because Plaintiff's claims are untimely, the Complaint fails to state a claim

upon which relief can be granted, County is entitled to qualified immunity and

Plaintiff has failed to adhere to the guidance of this Court's order.

This motion is made pursuant to Rules 7, 12(b)(1) & (6) and 15(a)(3)

of the Federal Rules of Civil Procedure, and is based upon the Memorandum

in Support of Motion, the Declaration of Demetri G. Lametti, Exhibits "A" -

"C", the files and records herein and on such further and other grounds as

may be adduced at the hearing on this motion.

## CONFERENCE

This motion is made following the conference of counsel pursuant to

LR 7.8, which took place on March 21, 2025.

Dated: Hilo, Hawai`i March 28, 2025.

COUNTY OF HAWAI`I; DET. STEVEN
GUILLERMO, DET. PAUL FERREIRA,
LT. FRANCIS RODILLAS, CAPT.
RAYMOND SIMAO, INV. WILLIAM
PERREIRA, POLICE CHIEF
BENJAMIN T. MOSZKOWICZ,
DEPUTY POLICE CHIEF REED K.
MAHUNA, Defendants


*/s/Demetri G. Lametti*
DEMETRI G. LAMETTI
Deputy Corporation Counsel
Their Attorney