WILLIAM A. HARRISON
HARRISON LAW CENTER
1001 Bishop Street, Suite 2828
Honolulu, Hawai`i 96813
(808) 523-7041
william@harrisonlawcenter.com

JONATHAN I. LOEVY*
DAVID B. OWENS*
STEVEN E. ART*
ISRAA ALZAMLI*
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
*admitted pro hac vice

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT IAN SCHWEITZER and SHAWN SCHWEITZER, Plaintiffs, v. COUNTY OF HAWAI'I; DET. STEVEN GUILLERMO, DET. PAUL FERREIRA, LT. FRANCIS RODILLAS, CAPT. RAYMOND SIMAO, INV. WILLIAM PERREIRA, Defendants, | Case No. 1:25-cv-25-DKW-RT Hon. Derrick K. Watson Magistrate Judge Rom Trader **STIPULATION CONCERNING DEADLINE TO AMEND COMPLAINT** |

1.  This action commenced January 21, 2025. Dkt. 1. In the complaint,

Plaintiffs allege they were wrongfully convicted of the 1991 murder that they

1

did not commit before the convictions were vacated and charges dismissed in 2023. *Id*. ¶12. Plaintiffs bring a number of federal and state-law claims against law enforcement officers from the Hawaii police department and Hawaii County. *Id*.

2.  Defendants LT. FRANCIS RODILLAS and CAPT. RAYMOND SIMAO died before Plaintiffs filed the complaint.

3.  Defendants have moved to dismiss Plaintiffs' complaint for, among other reasons, the fact that Defendants Rodillas and Simao pre-deceased the filing of the complaint. Dkt. 20.

4.  Plaintiffs have filed a motion to appoint personal representatives to represent the estates of the deceased defendants, Dkt. 23, which Defendants intend to oppose.

5.  Plaintiffs are entitled to amend their complaint as a matter of right. Fed. R. Civ. P. 15.

6.  Plaintiffs intend to amend their complaint to address issues related to the deceased defendants and other issues raised in the motion to dismiss.

7.  Because this Court's ruling on the motion to dismiss will impact the nature of Plaintiffs' amendment, and to avoid serial amendment of the complaint after the Court rules on the motion to appoint personal representatives, the parties hereby stipulate that Plaintiffs will have 21 days

from the date of the Court's ruling on the motion to appoint personal representatives to amend their complaint.

8. In the meantime, though the parties conferred before Defendants filed their motion to dismiss as required by the Local Rules, Plaintiffs agree to further confer with Defendants to determine whether amendments can be made to the complaint that will avoid or at least narrow the scope of any subsequent motion to dismiss the amended complaint, if filed.

9. The parties agree that judicial economy and the parties' resources can be conserved in this manner.

IT IS SO STIPULATED.

DATED: April 18, 2025

| | |
|---|---|
| WILLIAM A. HARRISON | /s/Lerisa L. Heroldt |
| HARRISON LAW CENTER | RENEE N.C SCHOEN 5936 |
| 1001 Bishop Street, Suite 2828 | Corporation Counsel |
| Honolulu, Hawaii 96813 | DEMETRI LAMETTI 10643 |
| (808) 523-7041 | Deputy Corporation Counsel |
| william@harrisonlawcenter.com | LERISA L. HEROLDT 7519 |
| | Deputy Corporation Counsel |
| /s/David B. Owens | Section Chief |
| JONATHAN I. LOEVY* | Office of the Corporation Counsel |
| DAVID B. OWENS* | Hilo Lagoon Centre |
| STEVEN ART* | 101 Aupuni Street, Suite 325 |
| ISRAA ALZAMLI* | Hilo, Hawaiʻi 96720 |
| LOEVY & LOEVY | Telephone: (808) 961-8251 |
| 311 N Aberdeen St., Floor 3 | Facsimile: (808) 961-8622 |
| Chicago, IL 60607 | |
| (312) 243-5900 | |
| *admitted pro hac vice | |

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCHWEITZER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF HAWAIʻI; et al.<br><br>Defendants, | Case No. 1:25-cv-25-DKW-RT<br><br>**[PROPOSED] ORDER ON STIPULATION CONCERNING DEADLINE TO AMEND COMPLAINT** |

The foregoing stipulation concerning the deadline to amend the complaint is

APPROVED AND SO ORDERED.

DATED:

_____
Derrick K. Watson
United States District Judge

4

**<u>Certificate of Service</u>**

I, David B. Owens, an attorney, certify that on April 18, 2025, I filed the foregoing via the Court's electronic filing service which effectuated service on all counsel of record.

<u>/s/David B. Owens</u>